### (February 28, 1944.)

ANNA C. BOOTH et al., Doing Business under the Name of A. & I. COCKLE, Appellants, v. JOHN J. CAMPBELL, JR., Interpleaded Defendant, Respondent, Substituted in Place and Stead of JAMES N. DODSON and CLEVE DODSON, His Wife, Respondents.— Appeal by plaintiffs, in an action for real estate brokerage commissions, from an order of interpleader and substitution. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

BENJAMIN KURTIN et al., as Executors of SAMUEL KURTIN, Deceased, et al., Respondents, v. MORRIS KURTIN et al., Copartners under the Name of KURTIN & KURTIN, Defendants, and MORRIS KURTIN et al., Defendants-Appellants.— In an action to recover damages for depreciation in the value of stock owned by plaintiffs, as the result of a conspiracy and breach of contract, order granting motion for examination of appellants before trial affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

GORDON MILLER, Suing as a Stockholder of FLEETWOOD BANK on His Own Behalf and on Behalf of All Other Stockholders Similarly Situated, Appellant, v. WALTER S. MCCLURE et al., Respondents.— Order denying plaintiff's motion for an examination before trial for the purpose of enabling him to frame a complaint affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

JOHN M. O'CONNOR, Respondent, v. MT. SHASTA PINE MANUFACTURING CO., INC., Appellant.— In an action to recover commissions, earned by plaintiff's assignor as a salesman, order denying motion to vacate a warrant of attachment affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

TOWN OF HUNTINGTON, Respondent-Appellant, v. ESTATE OF EDWIN H. BROWN, INC., et al., Respondents, JUSTINE LAMBERT, Individually and as Executrix and Trustee under the Will of FRANK LAMBERT, Deceased, Appellant-Respondent, et al., Defendants.— Proceeding for the condemnation of certain beach front land and land under water in the town of Huntington, Suffolk County. Judgment of the County Court of Suffolk County confirming the report of Commissioners of Appraisal and directing the payment of compensation to the owners for property taken, unanimously affirmed, with costs to defendant Estate of Edwin H. Brown, Inc., payable by plaintiff. No opinion. On appeal by defendant Lambert from the order settling the record on appeal, the order is unanimously affirmed, with ten dollars costs and disbursements to plaintiff, payable by said defendant. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *post*, p. 992.]